FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 16, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| VICTOR A. CELLI, JR., <br><br>  Plaintiff, <br><br> v. <br><br> SPOKANE COUNTY JAIL and STATE OF WASHINGTON, <br><br>  Defendant. | NO: 2:19-CV-284-RMP <br><br> ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS |

Plaintiff Victor A. Celli, Jr., filed a civil rights complaint pursuant to 42 U.S.C. § 1983 while a prisoner at Spokane County Detention Services. ECF No. 1. On November 15, 2019, after being notified of Mr. Celli's release from incarceration to a residential address in Spokane, Washington, the Court instructed Plaintiff to complete and file a new financial affidavit as required by 28 U.S.C. § 1915(a)(1), or to pay the applicable filing fee of $400.00 ($350.00 filing fee, plus $50.00 administrative fee). ECF No. 7. Plaintiff was warned that failure to do either within 30 days would result in the dismissal of this case. *Id*. Plaintiff did not comply with these directives and has filed nothing further in this action.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

Parties filing actions in the United States District Court are required to pay filing fees. 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only upon the granting of in forma pauperis status. *See* 28 U.S.C. § 1915. Failure to pay the statutory filing fee will result in dismissal of these actions without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995) (district court has authority to dismiss without prejudice prisoner complaint for failure to pay partial filing fee); *In re Perroton*, 958 F.2d 889, 890 (9th Cir. 1992) (affirming dismissal of appeal of pro se litigant for failure to pay required filing fees).

Accordingly, **IT IS ORDERED** that this action is **DISMISSED** without prejudice for failing to pay the filing fee or filing a properly completed Application to Proceed In Forma Pauperis pursuant to 28 U.S.C. §§ 1914(a) and 1915(a).

**IT IS SO ORDERED.** The Clerk of Court is directed to enter this Order, enter judgment, forward copies Plaintiff at the address provided and **CLOSE** the file.

**DATED** January 16, 2020.

<ins>s/ Rosanna Malouf Peterson</ins>
ROSANNA MALOUF PETERSON
United States District Judge