# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

VICTOR A. CELLI, JR.

_____
*Plaintiff*
v.
SPOKANE COUNTY JAIL and STATE OF
WASHINGTON,

_____
*Defendant*

)
)
)
)
)
)
)

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

**Jan 16, 2020**

SEAN F. McAVOY, CLERK

Civil Action No.  2:19-CV-284-RMP-1

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❑ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❑ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Plaintiff's action is Dismissed Without Prejudice for failure to comply with filing fee requirements.  28 U.S.C. §§ 1914(a) and 1915(a).

This action was *(check one)*:

❑ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

❑ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge     Rosanna Malouf Peterson._____

Date:  January 16, 2020_____

CLERK OF COURT

SEAN F. McAVOY_____

s/ Penny Lamb_____
*(By) Deputy Clerk*

Penny Lamb_____